# United States District Court

NORTHERN DISTRICT OF TEXAS
1100 COMMERCE, ROOM 1572
DALLAS, TEXAS 75242

CHAMBERS OF
CHIEF JUDGE BARBARA M.G. LYNN

TELEPHONE (214) 753-2420

September 13, 2019

To All Attorneys of Record

    Re:    *Adams v. Safe Home Security, Inc.,* Case No. 3:18-CV-3098-M

Dear Counsel:

    It has come to the Court's attention that this case has settled.  I commend you on your diligent efforts.  I would like to receive the executed dismissal papers by November 12, 2019.

    Very truly yours,

*Barbara M.G. Lynn* (signature)

BMGL/jlf